AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court    FILED

**NORTHERN** DISTRICT OF **CALIFORNIA**

JUN 3 0 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Daniel Ulloa-Alejandro Gonzalez

CRIMINAL COMPLAINT

CASE NUMBER: 3-03-30270 JL

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 16, 2003__ in __San Francisco__ county, in the __Northern__ District of __California__ defendant(s) did, (Track Statutory Language of Offense)

See Attachment "A."

in violation of Title __18__ United States Code, Section(s) __911 and 13, Assimilating California Vehicle Code, Section 10851(a).__

I further state that I am a(n) __Park PoliCriminal Investigator__ and that this complaint is based on the following
                                    Official Title
facts:

See Attached Affidavit Made a Part Hereof.

Penalties: See Attachment "B."

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Approved
As To
Form:  _____
        AUSA:

Name/Signature of Complainant: _____

Sworn to before me and subscribed in my presence,

June 30, 2003                    at        San Francisco, California
Date                                        City and State

James Larson
United States Magistrate Judge                _____
Name & Title of Judicial Officer              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

1
KW

STATE AND NORTHERN DISTRICT OF CALIFORNIA )
) SS. **AFFIDAVIT**
CITY AND COUNTY OF SAN FRANCISCO )

I, Lawrence O. Morales, being duly sworn do hereby depose and state as follows:

1. This affidavit is submitted in support of a complaint against DANIEL ULLOA-ALEJANDRO GONZALEZ. The facts in this affidavit are known to me as a result of my personal participation in this investigation or were related to me by other law enforcement personnel or witnesses, either personally or by their reports.

2. I am a Criminal Investigator assigned to law enforcement duties with the United States Park Police, at the Presidio Trust and Golden Gate National Recreation Area, within the Special Maritime and Territorial Jurisdiction of the United States. I have been so employed since 1993.

3. On 06/16/03 at approximately 0945 hours, Officer J. Floyd U.S. Park Police, was conducting traffic enforcement on Lincoln Boulevard at Howard Street in the Presidio of San Francisco.

4. Officer Floyd saw a yellow colored Chevrolet Corvette with no license plates on the front or rear of the car, driving northbound on Lincoln Boulevard,.Officer Floyd made a traffic stop on the Corvette at Pershing Drive near building 1503.

5. Officer Floyd asked the driver for the registration paperwork for the Corvette but the driver did not have that document or proof of insurance for the Corvette. The driver said that the Corvette was his car, that he purchased the car on Sunday 06/15/03, and that the owner was going to send him the paperwork.

6. The driver gave Officer Floyd a California Drivers' License which identified him as CRISTOBAL SILVA DE LOS SANTOS, with a birth date of 05/14/79 and a California Drivers' License # D1683605.

7. A computer check of the Drivers License for DE LOS SANTOS showed that it expired on 05/14/03 and there were no wants or warrants for him.

8. A computer check of the vehicle identification number (VIN) showed that the Corvette was reported stolen vehicle from Richmond California on 06/09/03

9. The driver ( CRISTOBAL SILVA DE LOS SANTOS) and passenger (Ulises Guillen) were taken into custody and the Corvette was impounded. De Los Santos was in the drivers seat and was in possession of the ignition key and stated that the Corvette was his.

10. Officer Floyd telephoned the registered owner of the Corvette and asked him if he gave anyone permission to drive the Corvette and he said that he did not give anyone permission.

11. Officer Floyd and I interviewed the driver and when I asked him his name he identified himself as CRISTOBAL SILVA DE LOS SANTOS. I read him the Miranda Warning from the U.S. Park Police standard form 80-A (Advisement of Rights) and he signed the card as CRISTOBAL SILVA DE LOS SANTOS.

12. I asked De Los Santos where he was born and he said that he was born in California and that he was El Salvadorean. He gave his address as 415 Douglas Avenue in Redwood, City California and said that he went to high school in the area and that he went to San Francisco City College for two years.

13. De Los Santos said that he bought the car, from a friend named Ernesto who lives in Richmond but he did not know Ernesto's last name or address or telephone number.

14. Officer Floyd photographed and fingerprinted DE LOS SANTOS using LIVESCAN, an automated fingerprinting system that sends the fingerprints directly to local, state and federal agencies. Officer Floyd issued DE LOS SANTOS citations for various traffic and related offenses under: 36 CFR 1004.2; California Vehicle Code 10851, 16028(a), 12500(a), 5200 and 18 USC 13 California Penal Code 496.

15. After conferring with the Assistant Untied States Attorney T. Mazzucco, DE LOS SANTOS was released at approximately 1600 hours because he had a valid identification, no criminal history and was cooperative

16. At 1645 hours on 06/16/03 Officer Floyd was telephoned by the San Francisco Police Department Identification Unit. Identification Technician Rose Chan told Officer Floyd that the LIVESCAN fingerprints submitted for DE LOS SANTOS matched a subject in the database named DANIEL ULLOA- ALEJANDRO GONZALEZ. .

17. A computer check of DANIEL ULLOA- ALEJANDRO GONZALEZ. showed a date of birth of 01/04/80 and the following criminal history numbers: San Francisco Police # 534876, FBI #7559XA4 and CII #A10888028. The computer check also revealed that GONZALES uses several different aliases and social security numbers.

18. GONZALEZ has an extensive criminal history and is wanted at this time by the following agencies.

   A. The U.S. Bureau of Immigration and Customs Enforcement for being a previously deported Criminal Illegal Alien.

      B. The Santa Clara County, California Sheriff's Department for a no bail warrant.

      C. The Solano County, California Sheriff's Department on a $5000.00 warrant.

19. I was able to get a recent "mug shot" photograph of GONZALEZ from the San Francisco Police Department and I can verify that GONZALEZ is the man that Officer Floyd arrested and that I interviewed.

20. The California Drivers License that GONZALEZ used appeared valid when Officer Floyd had it checked through the California Law Enforcement Telecommunications System, commonly known as CLETS. After Officer Floyd and I were informed that DE LOS SANTOS was actually GONZALEZ, Officer Floyd conducted a computerized telephone directory search and found that there was no one named DE LOS SANTOS at 415 Douglas Avenue in Redwood City, California, which was the address DE LOS SANTOS gave during my interview of him and which appeared on the California Drivers' License which he produced.

21. I called the U.S. Bureau of Immigration and Customs Enforcement of the U.S. Department of Homeland Security telephone number listed on the criminal history printout of GONZALEZ and I was told that he is a previously deported criminal illegal alien.

22. The criminal history printout shows that GONZALEZ has been charged with giving false information and false documents to other law enforcement agencies in the State of California.

CONTINUED ON NEXT PAGE

23. Based upon the above facts, as well as my training and experience I have probable cause to believe that the defendant DANIEL ULLOA- ALEJANDRO GONZALEZ committed the following crimes:

Count One: Title 18 United States Code, Section §13, Assimilating California Vehicle Code Section 10851(a)-Possession of a Stolen Vehicle.

Count Two: Title18 United States Code, Section 911, False Representation of United States Citizenship.

*[signature]*
Lawrence O. Morales
Criminal Investigator
United States Park Police

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 30TH DAY OF JUNE 2003

*[signature]*
James Larson
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT "A"

**STATUTORY LANGUAGE**

**Title 18, United States Code, Section 911:** Whoever falsely and wilfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both.


**Title 18, United States Code, Section 13, Assimilating California Vehicle Code, Section 10851(a):** Any person who drives or takes a vehicle not his or her own, without the consent of the owner thereof, and with intent either to permanently or temporarily deprive the owner thereof of his or her title to or possession of the vehicle, whether with or without intent to steal the vehicle, or any person who is a party or an accessory to or an accomplice in the driving or unauthorized taking or stealing, is guilty of a public offense and, upon conviction thereof, shall be punished by imprisonment in a county jail for not more than one year or in the state prison or by fine of not more than five thousand ($5,000), or by both fine and imprisonment.

## ATTACHMENT "B"

**PENALTY**

**A person convicted of violating Title 18, United States Code, Section 911** shall be fined not more $250,000 and/or imprisoned not more than three (3) years, given a term of supervised release of not more one (1) year, and required to pay a special assessment of one hundred ($100.00) dollars.

**A person convicted of violating Title 18, United States Code, Section 13, Assimilating California Vehicle Code Section 10851(a)** shall be fined not more $5,000 and/or imprisoned not more than five (3) years, given a term of supervised release of not more than one (1) year, and required to pay a special assessment of one hundred ($100.00) dollars.