DOCUMENTS UNDER SEAL

JL

# MAGISTRATE JUDGE MINUTE ORDER

DATE: JUNE 30, 2003 — ☒ NEW CASE — CASE NUMBER: 3-03-30270

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/TAPE NO. |
|---|---|---|

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | |
|---|---|---|---|---|---|
| Daniel Ulloa-Alejandro Gonzalez | | | | | ☐ PD. ☐ APPT. ☐ RET. |

| U.S. ATTORNEY | INTERPRETER | FINANCIAL AFFIDAVIT FILED ☐ |
|---|---|---|
| | | DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | COUNSEL APPOINTED ☐ |
| | | PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |

FILED JUN 3 0 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROCEEDINGS

☐ INITIAL APPEARANCE ☐ PRELIMINARY HEARING ☐ MOTION ☐ JUDGMENT & SENTENCING ☐ STATUS
☐ I.D. COUNSEL ☐ REMOVAL HEARING ☐ BOND POSTING/SIGNING ☐ I.A. ON PETITION TO REVOKE PROBATION ☐ TRIAL
☐ DETENTION HEARING ☐ ARRAIGNMENT ☐ CHANGE OF PLEA ☐ PROBATION REVOCATION HEARING ☐ OTHER

## INITIAL APPEARANCE

☐ ADVISED OF RIGHTS ☐ ADVISED OF CHARGES ☐ NAME AS CHARGED IS TRUE NAME ☐ TRUE NAME:

## ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION ☐ ARRAIGNED ON INDICTMENT ☐ READING WAIVED SUBSTANCE STATED ☐ WAIVER OF INDICTMENT FILED

## RELEASE

☐ RELEASED ON O/R ☐ ISSUED APPEARANCE BOND ▶ AMOUNT OF SECURITY $ ____  AMOUNT RECEIVED $ ____  ☐ PASSPORT SURRENDERED

PROPERTY POSTED/TO BE POSTED
☐ CASH _____  ☐ CORPORATE SECURITY _____  ☐ REAL PROPERTY _____

☐ MOTION FOR DETENTION ☐ PRETRIAL SERVICES REPORT ORDERED ☐ DETAINED ☐ RELEASED ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED ☐ REMANDED TO CUSTODY

ORDERED REMOVED TO DISTRICT OF _____    OTHER: _____

## PLEA

☐ CONSENT ENTERED ☐ NOT GUILTY ☐ GUILTY ☐ GUILTY TO COUNTS:
☐ PRESENTENCE REPORT ORDERED ☐ CHANGE OF PLEA ☐ PLEA AGREEMENT FILED ☐ OTHER

## CONTINUANCE

TO: _____
MO. ___ DAY ___ YR ___
AT ___ AM PM
BEFORE HON. _____

☐ I.D. COUNSEL ☐ BOND POSTING/SIGNING ☐ STATUS RE: CONSENT ☐ JURY TRIAL
☐ FILING FINANCIAL AFFIDAVIT ☐ PRELIMINARY HEARING ☐ PLEA ☐ BOND HEARING
☐ DETENTION HEARING ☐ ARRAIGNMENT ☐ TO HEAR MOTIONS ☐ JUDGMENT & SENTENCING

☐ TIME WAIVED
☐ TIME EXCLUDABLE UNDER 18 § USC 3161
☐ IDENTITY/REMOVAL HEARING ☐ PRETRIAL CONFERENCE ☐ PROBATION REVOCATION HEARING
☐ TRIAL SETTING ☐ COURT TRIAL ☐ STATUS

## ADDITIONAL PROCEEDINGS

Complaint filed 6/30/03
Arrest Warrant Issued: 6/30/03

2

COPIES SENT TO:   U.S. G.P.O. ; 1999 583-636   ☐ CASE CLOSED

kw