AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 JUN 11 AM 11:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term: 1 year
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

---

**DEFENDANT - U.S.**
▶ DANIEL ULLOA ALLEJANDRO GONZALEZ

**DISTRICT COURT NUMBER**
CR 07 0368   MAG

E-Filing

---

**PROCEEDING**

Name of Complainant Agency, or Person (&Title, if any)
National Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
3-03-30270 JL

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges     ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☑ Yes  ☐ No    If "Yes" give date filed  6/1/2007
                                           Month/Day/Year

**DATE OF ARREST** ▶              Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   WENDY THOMAS

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |

FILED

07 JUN 11 AM 11:58

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

CR 07 0368

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor) |
| v. | ) | |
| DANIEL ULLOA ALLEJANDRO GONZALEZ, | ) | |
| | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

INFORMATION

The United States Attorney charges:

On or about June 16, 2003, in the Northern District of California, the defendant,

DANIEL ULLOA ALLEJANDRO GONZALEZ,

knowingly possessed an identification document, authentication feature, or false identification document, that was not an identification document issued lawfully for his use, to wit: a California Driver's License, with the intent that such document or feature be used to defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4), a Class A

//

INFORMATION                     Page 1 of 2

1  Misdemeanor.
2
3  DATED: 6/7/2007                    SCOTT N. SCHOOLS
4                                     United States Attorney
5                                     /s/ Ioana Petrou
6                                     IOANA PETROU
                                       Chief, Major Crimes Section
7
   (Approved as to form: /s/ Wendy Thomas
8                         WENDY THOMAS
                          Special Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION                           Page 2 of 2