| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lashanda Scott | REPORTER/FTR<br>9:41-9:44, 9:53-10:06, 10:20-10:55 | |
| MAGISTRATE JUDGE<br>Bernard Zimmerman | DATE<br>June 12, 2007 | NEW CASE ☐ | CASE NUMBER<br>CR07-0368 MAG |

### APPEARANCES

| DEFENDANT<br>Daniel Alejandro Gonzalez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Josh Cohen | PD. ☐  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Wendy Thomas | INTERPRETER | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR<br>time | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☒ JUGM'T & SENTG<br>time 25 min | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☒ ARRAIGNMENT<br>time 3 min | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☒ CHANGE PLEA<br>time 20 min | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

*FILED JUN 1 2 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☒ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ORDER REMOVED TO THE DISTRICT OF | | | | | |
|---|---|---|---|---|---|

### PLEA

| ☒ CONSENT ENTERED | ☒ NOT GUILTY | ☒ GUILTY | GUILTY TO COUNTS: ☒<br>count one of one |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☒ CHANGE OF PLEA | ☒ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☐ STATUS/TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON. | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant waived written presentence report. Entry of Plea pursuant to plea agreement. Defendant sentenced to BOP for the term June, 2007. Defendant shall pay a special assessment of $25.00. Defendant shall pay a $1,000.00 fine. Upon release from the BOP, deft placed on unsupervised release for one year. If the defendant is deported from the U.S. to Nicaragua he will serve a 3 month home confinement with his grandmother. If he is not deported, then he will report to probation office within 72 hours of release. Deft will begin one year supervised release. Deft will serve 3 month home confinement in US. cc: BZ, Pretrial