UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff (s),<br><br>vs.<br><br>DANIEL ALEJANDRO GONZALEZ,<br><br>        Defendant (s), | No. CR 07-0368-001 BZ<br><br>**NOTICE SETTING STATUS CONFERENCE<br>RE POSSIBLE MODIFICATION OF PROBATION** |

TO ALL PARTIES AND COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that a Status Conference is set for **August 8, 2007** at **1:30 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: July 27, 2007

RICHARD W. WIEKING
Clerk, U. S. District Court

  /s/Lashanda Scott

By: Lashanda Scott, Deputy Clerk to
Magistrate Judge Bernard Zimmerman