05/28/2008 02:12 PM EST                                                                                       Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000368 | | US V DANIEL A GONZALEZ | | | | | | | |
| 001 | DANIEL ALEJANDRO GONZALEZ | 5127100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611019539 | 1 | PR | 500.00 | 05/27/2008 |
| 001 | DANIEL ALEJANDRO GONZALEZ | 5127100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611019540 | 1 | PR | 500.00 | 05/27/2008 |
| | | | | | | Sub-Total | | | 1,000.00 | |
| 001 | DANIEL ALEJANDRO GONZALEZ | 5127100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611019529 | 1 | PR | 25.00 | 05/27/2008 |
| | | | | | | Division Payment Total | | | 1,025.00 | |
| | | | | | | Grand Total | | | 1,025.00 | |

$25.00  SPECIAL ASSESSMENT
        PAID IN FULL
                        on 5-27-08

$1000.00  FINE PAID IN FULL
                        on 5-27-08

Page 1 of 1